IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD GOVENS | : | CIVIL ACTION |
| | : | |
| v. | : | No. 12-5292 |
| | : | |
| KATHLEEN SEBELIUS, | : | |
| *Secretary of Health and Human Services,* | : | |
| *et al.* | : | |

**O R D E R**

AND NOW, this 25th day of November, 2013, after careful and independent consideration of the brief in support of request for review filed by Plaintiff, Defendant's response thereto, and the Report and Recommendation of Magistrate Judge Elizabeth T. Hey, to which no objections have been filed, it is ORDERED:

1. The Report and Recommendation is APPROVED AND ADOPTED.

2. This case is REMANDED to the Commissioner of Social Security pursuant to sentence six of 42 U.S.C. § 405(g) for consideration of new and material evidence consistent with the Report and Recommendation.

3. The Clerk of Court shall mark the case CLOSED for administrative purposes. Plaintiff may petition to re-open the case, if necessary, after post-remand agency proceedings have been completed.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.